# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| THE HOUSE OF THE LORD OUR GOD, and CARLTON TAYLOR,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE CITY OF GARY, INDIANA,  )<br>)<br>Defendants.  ) | CAUSE NO. 2:06-CV-275 TS |

## OPINION AND ORDER

Carlton Taylor, a *pro se* plaintiff and the minister of The House of the Lord Our God, seeks leave to proceed *in forma pauperis* on appeal. Pursuant to 28 U.S.C. § 1915(a)(3), "An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."

Substantively, this appeal is not taken in good faith for the reasons stated in this Court's order dated August 22, 2006 (DE 3). Mr. Taylor may still proceed with this appeal, but to do so he must pay the full $455 filing fee in advance.

For the foregoing reasons, the Court:

(1)  DENIES the motion for leave to proceed on appeal *in forma pauperis* (DE 6);

(2)  GRANTS Carlton Taylor to and including October 10, 2006, within which to pay the $455 filing fee; and

(3)  CAUTIONS Carlton Taylor, that if he does not pay this filing fee by that date, this appeal may be dismissed without further notice.

SO ORDERED on September 25, 2006.

S/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION